David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, BRENTON J. LAGO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRENTON J. LAGO,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-01113-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO <u>SELECT PORTFOLIO SERVICING, INC ONLY</u>**<br><br>ECF No. 15 |

Plaintiff BRENTON J. LAGO and Defendant SELECT PORTFOLIO SERVICING, INC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SELECT PORTFOLIO SERVICING, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: September 8, 2017

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Regina A. Habermas, Esq.<br>Regina A. Habermas, Esq.<br>Wright, Finlay & Zak, LLP<br>7785 W. Sahara Avenue<br>Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Defendant SELECT PORTFOLIO SERVICING, INC* |

## ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against Select Portfolio Servicing, Inc. with prejudice **[ECF 15] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 15] is GRANTED, and all claims against Select Portfolio Servicing, Inc. are DISMISSED with prejudice**, each party to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
September 8, 2017