WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENTON J. LAGO, | Case No. 2:17-cv-01113-JAD-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br>ECF No. 18 |
| SELECT PORTFOLIO SERVICING, INC.;<br>TRANS UNION, LLC, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

///

**MOTION TO SUBSTITUTE ATTORNEY**

Defendant, Select Portfolio Servicing, Inc. ("Defendant"), by and through their attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Stacy H. Rubin, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright, Finlay & Zak, LLP, will continue to represent Defendant and request that Dana Jonathon Nitz, Esq., and Ramir M. Hernandez, Esq., receive all future notices.

DATED this 20th day of September, 2017.

WRIGHT, FINLAY & ZAK, LLP

/s/ Ramir M. Hernandez
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Defendant, Select Portfolio Servicing, Inc.*

**ORDER**

Good cause appearing, IT IS SO ORDERED.

_____

U.S. District Judge Jennifer Dorsey
September 21, 2017